IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISMAEL HERNANDEZ PADILLA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) Civil Action No. 3:19-CV-587-C-BN |

**ORDER**

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed March 19, 2019. Petitioner failed to timely file any objection.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation is hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated in the thorough and well-reasoned Findings, Conclusions, and Recommendation, Petitioner's Motion to Reopen is **DENIED**. The above-styled and-numbered civil action is **ADMINISTRATIVELY CLOSED**.

SO ORDERED this 10th day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISMAEL HERNANDEZ PADILLA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | Civil Action No. 3:19-CV-587-C-BN |

## ORDER

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed March 19, 2019. Petitioner failed to timely file any objection.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation is hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated in the thorough and well-reasoned Findings, Conclusions, and Recommendation, Petitioner's Motion to Reopen is **DENIED**. The above-styled and-numbered civil action is **ADMINISTRATIVELY CLOSED**.

SO ORDERED this 10th day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE